The People of the State of Colorado, Plaintiff-Appellee, v. Nickey Joe Gonzales, Defendant-Appellant. No. 18CA1659
Court of Appeals of Colorado, First Division
October 7, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Adams
 County District Court No. 15CR1629 Honorable Francis C.
 Wasserman, Judge
 
 
 
 OPINION
 
 
 KUHN,
 JUDGE
 
 
 JUDGMENT
 AFFIRMED IN PART, VACATED IN PART, AND CASE REMANDED WITH
 DIRECTIONS
 
 
 Dailey
 and Dunn, JJ., concur